# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00178-CV

**Andrew Morris, Appellant**

**v.**

**Carrie Cecilia Veilleux, Appellee**

## FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-19-000995, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's reply brief on appeal was originally due January 5, 2023. On counsel's motion, the time for filing was extended to February 6, 2023. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's reply brief. We grant the motion for extension of time and order appellant to file a reply brief no later than March 6, 2023. No further extension of time will be granted and failure to comply with this order will result in the Court considering the appeal on only the briefing that has been filed to date. *See* Tex. R. App. P. 38.3.

It is ordered on February 16, 2023.

Before Justices Baker, Kelly, and Smith